UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROSS DESIGN & ENGINEERING, INC., ) <br> LAUREN FAYE PROPERTIES, LLC, ) <br> SOMERSET STEEL PROCESSING, LLC ) <br> JACK R. PLATE, and DEBORAH J. PLATE, ) <br>     Plaintiffs, ) <br> ) <br> -v- ) <br> ) <br> FIFTH THIRD BANK, ) <br>     Defendant. ) <br> ) <br> and ) <br> ) <br> Fifth Third Bank, ) <br>     Defendant/Counter-Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> ROSS DESIGN & ENGINEERING, INC., ) <br> LAUREN FAYE PROPERTIES, LLC, ) <br> SOMERSET STEEL PROCESSING, LLC ) <br> JACK R. PLATE, and DEBORAH J. PLATE, ) <br>     Plaintiffs/Counter-Defendants,) <br> _____ ) | No. 1:09-cv-1129 <br><br> HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Fifth Third Bank's motion to dismiss and having granted Fifth Third Bank's motion for summary judgment on its counter-complaint, all claims have been resolved in favor of Fifth Third Bank.  Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Fifth Third Bank and against Plaintiffs.  **THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**


Date:   November 21, 2011                                                          /s/ Paul L. Maloney         
                                                                                                                                                            Paul L. Maloney
                                                                                                                                                            Chief United States District Judge